IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. DIAZ, | No. 2:12-CV-2616- MCE-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| WILLIAM KNIPP, | |
| Respondent. | |
| _____ / | |

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's amended petition (Doc. 10).

     On September 30, 2013, the undersigned granted petitioner's request for a stay of these proceedings to allow him time to return to state court and exhaust newly discovered claims. Petitioner was instructed to file his amended petition following the denial of his state habeas petition. Petitioner has now filed that amended petition. However, a quick review of both the original petition and his amended petition has revealed an inconsistency. Petitioner's amended petition contains two new claims, but fails to include his original claims. Petitioner is informed that, as a general rule, an amended pleading supersedes the original. See <u>Ferdik v. Bonzelet</u>, 963

F.2d 1258, 1262 (9th Cir. 1992).  Therefore, if petitioner amends the petition, the court cannot refer to the prior pleading in order to make petitioner's amended petition complete.  See Local Rule 220.  An amended pleading must be complete in itself without reference to any prior pleading.  See id.

As petitioner's amended petition appears to be incomplete, the court will provide petitioner an opportunity to file a second amended petition in order to include all of his claims.  If petitioner decides to file a second amended petition, he must do so within 30 days of the date of this order.  However, petitioner is not required to do so.  If no second amended petition is received within the time provided herein, this case will proceed on the first amended petition and the claims contained therein, which will be served on respondent.

Accordingly, IT IS HEREBY ORDERED that petitioner may file a second amended petition within 30 days of the date of this order.

DATED: April 10, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE