IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE G. DIAZ,                                    No. 2:12-CV-2616-MCE-CMK-P

      Petitioner,

  vs.                                              ORDER

SPEARMAN,

      Respondent.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 31) for leave to file a surreply brief in opposition to respondent's motion to dismiss. Because the rules do not provide for a surreply brief, petitioner's motion is denied. Respondent's motion to dismiss will be addressed separately.

IT IS SO ORDERED.

DATED: March 9, 2016

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE