# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE G. DIAZ,                                  No. 2:12-cv-2616- MCE-CMK-P

    Petitioner,

vs.                                            <u>ORDER</u>

TIM PEREZ,

    Respondent.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion to dismiss (Doc. 24). The undersigned issued Findings and Recommendations on March 25, 2016, recommending the motion to dismiss be granted in part. Based on the United States Supreme Court decision in <u>Johnson v. Lee</u>, 136 S. Ct 1802 (2016), the Findings and Recommendations (Doc. 34) are hereby vacated. New Findings and Recommendations are issued herewith.

IT IS SO ORDERED.

DATED: August 5, 2016

                                                 _____
                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE